# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-6570 PSG (MRW) | Date | November 6, 2020 |
| Title | Nunez v. United States | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

1. The government moved to dismiss Petitioner's habeas corpus action on a variety of procedural and substantive grounds. (Docket # 7.) The Court separately ordered Petitioner to respond to the dismissal motion by early October 2020. (Docket # 9.) However, to date, he has failed to do so.

2. The Court could rightly dismiss the action based on Petitioner's failure to oppose the motion (Local Rule 7-12) and for failure to prosecute the action (Fed. R. Civ. P. 41). However, in the interests of justice and in fairness to an incarcerated litigant, the Court will give Petitioner a final opportunity to respond to the motion.

3. Therefore, Petitioner is ordered to show cause why the action should not be summarily dismissed. Petitioner may respond to the OSC by submitting (a) his opposition to the dismissal motion and (b) an explanation for his failure to advance the case. Petitioner's papers will be due by December 14. No extensions will be granted except for demonstrated good cause.