1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FERNANDO MIGUEL NUÑEZ, | Case No. CV 20-6570 PSG (MRW) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice for lack of jurisdiction

DATE: ___4/8/21_____

_____

HON. PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE